UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
AETNA, INC.,                              )
                                          )
                      Plaintiff,          )   Civil Action No. _____
                                          )
       v.                                 )
                                          )
PFIZER INC. and WARNER-LAMBERT COMPANY,   )
                                          )
                      Defendants.         )
---------------------------------------------------------------x

**04cv10958 PBS**

LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule of the United States District Court for the District of Massachusetts, 7.3, Plaintiff Aetna, Inc. hereby certifies that it has no parent corporation(s) and that no publicly held company owns 10% or more of Aetna's stock.

Dated: May 13, 2004

/s/ Peter A. Pease
Peter A. Pease, BBO# 392880
Todd A. Seaver, BBO# 645874
**BERMAN DEVALERIO PEASE**
   **TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
(617) 542-8300

**BERMAN DEVALERIO PEASE**
   **TABACCO BURT & PUCILLO**
Joseph J. Tabacco, Jr.
425 California Street, Suite 2025
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

OF COUNSEL:

**LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.**
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Jeanne F. D'Esposito, Esq.
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**JOHN F. INNELLI, LLC**
John F. Innelli, Esq.
1818 Market Street, Suite 3620
Philadelphia, Pa. 19103
Telephone: (215) 561-1011
Facsimile: (215) 561-0012