AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF __Massachusetts__

AETNA, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER INC. and WARNER-LAMBERT COMPANY

04-10958 PBS

TO: (Name and address of defendant)

Pfizer, Inc.
235 East 42nd Street
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  5-13-04

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                            Signature of Server

                                                                                 _____
                                                                                 Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Aetna, Inc., et. al., Plaintiff(s)
vs.
Pfizer Inc. and Warner-Lambert Co., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Pfizer, Inc.
Court Case No. 04cv10958 PBS

BERMAN, DEVALERIO, ET AL
Mr. Ryan Keefe
One Liberty Square
8th Floor
Boston, MA 02109-4825

State of: __NEW YORK__ ) ss.
County of: __SUFFOLK__ )

**Name of Server:** __BRIAN NOLAN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __17__ day of __MAY__, 20__04__, at __4:10__ o'clock __P__M

**Place of Service:** at __235 East 42nd Street__, in __New York, NY 10017__

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint
Corporate Disclosure

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Pfizer, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __TERRENCE McCANN, AUTHORIZED AGENT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __WHITE__; Hair Color __GRAY__; Facial Hair ____
Approx. Age __65__; Approx. Height __5'8"__; Approx. Weight __155__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   (Date)
BRIAN NOLAN
APS International, Ltd.
APS File #: 065981-0001

Subscribed and sworn to before me this __19__ day of __MAY__, 20__04__

Notary Public   (Commission Expires)

VINCENT J. GILLIS
Notary Public, State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2007