AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF  Massachusetts _____

AETNA, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER INC. and WARNER-LAMBERT COMPANY

**04 CV 10958 PBS**

TO: (Name and address of defendant)

Warner-Lambert Company
201 Gabor Road
Morris Plains, NJ 07950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    5-12-04
CLERK                                DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: May 17, 2004

NAME OF SERVER (PRINT): Alfonso Biscardi

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Lillian "Doe" - Refused last name. Receptionist

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server: Alfonso Biscardi

Address of Server: 212 Somerset St. Bound Brook, NJ 08805

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Aetna, Inc., et. al., Plaintiff(s)
vs.
Pfizer Inc. and Warner-Lambert Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Warner-Lambert Company
Court Case No. 04cv10958 PBS

BERMAN, DEVALERIO, ET AL
Mr. Ryan Keefe
One Liberty Square
8th Floor
Boston, MA 02109-4825

State of: **New Jersey** ) ss.
County of: **Somerset** )

Name of Server: **Alfonso Biscardi**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the **17th** day of **May**, 20**04**, at **2:50** o'clock **P** M

Place of Service: at **201 Gabor Road**, in **Morris Plains, NJ 07950**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**
**Corporate Disclosure**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Warner-Lambert Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Lillian "Doe" Refused name - Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ___
Approx. Age **50**; Approx. Height **5'5"**; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Alfonso Biscardi*
Signature of Server         (Date)

Subscribed and sworn to before me this **17th** day of **May**, 20**04**

*Xxx Giordano*
Notary Public         (Commission Expires)

**APS International, Ltd.**
APS File #: 065981-0002