UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -3 P 4: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AETNA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10958-PBS |
| ) | |
| PFIZER INC. and ) | |
| WARNER-LAMBERT COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Pfizer Inc and Warner-Lambert Company.

Dated: June 3, 2004

_____
David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of June 2004, a true and correct copy of the foregoing document was served by mail on counsel of record for plaintiff.

_____
David B. Chaffin