UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN -3  P 4: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AETNA, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-10958-PBS |
| PFIZER INC. and ) WARNER-LAMBERT COMPANY, ) | |
| Defendants. ) | |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants, Pfizer Inc and Warner-Lambert Company, respectfully move that the time within which they must answer, move, or otherwise respond to the Class Action Complaint with Jury Demand (the "Complaint") be enlarged to July 12, 2004. The grounds for this motion are:

1. The Complaint is complex and lengthy. It is 38 pages long and contains 77 separately-numbered paragraphs. Defendants require additional time in order that they may prepare an adequate response.

2. Counsel for Plaintiff has assented to this motion.

WHEREFORE, Defendants respectfully request that the time within they must answer, move, or otherwise respond to the Complaint be enlarged to July 12, 2004.

Dated: June 3, 2004                            PFIZER INC and WARNER-LAMBERT COMPANY,

By their attorneys,

David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

ASSENTED TO:

Peter A. Pease
BBO No. 392880
Todd A. Seaver
BBO No. 645874
BERMAN DEVALERIO PEASE
   TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02109
(617) 542-8300

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail on counsel of record for Plaintiff this 3rd day of June 2004.

David B. Chaffin

354004.0602