UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 P 4: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | )
AETNA, INC., | )
| )
Plaintiff, | )
| )
v. | )  Civil Action No. 04-10958-PBS
| )
PFIZER INC. and | )
WARNER-LAMBERT COMPANY, | )
| )
Defendants. | )

## DEFENDANTS' DISCLOSURE OF INTERESTED PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Pfizer Inc has no parent corporation, and no publicly held corporation owns 10% or more of Pfizer Inc's stock. The undersigned also certifies that following Pfizer Inc's acquisition of Warner-Lambert Company in June 2000, Warner-Lambert Company ceased to exist as a separate entity, and Warner-Lambert Company therefore does not have a parent corporation, and no publicly held corporation owns 10% or more of Warner-Lambert Company's stock.

Dated: June 3, 2004

PFIZER INC and WARNER-LAMBERT COMPANY,

By their attorneys,

David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail on counsel of record for Plaintiff this 3rd day of June 2004.

_____
David B. Chaffin

354004.0603