UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AETNA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10958-PBS |
| PFIZER INC. and WARNER-LAMBERT COMPANY, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Defendants, Pfizer Inc and Warner-Lambert Company (together, "Pfizer"), hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of the time within which Pfizer must answer, move, or otherwise respond to the Class Action Complaint with Jury Demand (the "Complaint") to the date 60 days after the Judicial Panel on Multidistrict Litigation's ruling on pending motions pursuant to 28 U.S.C. § 1407 to consolidate and transfer the numerous actions arising out of the marketing of the drug Neurontin.  The grounds for this motion are as follows.

1. This action is one of, at last count, 23 actions in 15 federal districts that all arise out of the marketing of Neurontin.

2. Several motions to consolidate and transfer the 23 actions pursuant to 28 U.S.C. § 1407 have been filed with the Judicial Panel on Multidistrict Litigaton ("JPMDL"), which has entitled the proceedings In re Neurontin Marketing and Sales Litigation, MDL Docket No. 1629.

3. It seems likely that the JPMDL will grant one of the motions. Most of the plaintiffs have gone on record as supporting consolidation and transfer.

4. In view of the likelihood that this action will be consolidated with the other 22 and perhaps transferred, it would be a pointless and wasteful exercise for Pfizer to respond to the Complaint.

5. Indeed, were Pfizer required to respond, it would move to dismiss, which would embroil the Court in an action that probably will be consolidated with many others, probably will look very different a few months from now, and may be elsewhere, at least for the foreseeable future. An enlargement, therefore, would conserve judicial and party resources and avoid the possibility of conflicting decisions.

6. Plaintiff does not oppose this motion.

WHEREFORE, Pfizer respectfully requests that the Court enlarge the time within which Pfizer must answer, move, or otherwise respond to the Complaint to the date 60 days after the JPMDL's ruling.

Dated: July 9, 2004                     PFIZER INC and
                                        WARNER-LAMBERT COMPANY,

                                        By their attorneys,


                                        _____
                                        David B. Chaffin
                                        BBO No. 549245
                                        HARE & CHAFFIN
                                        160 Federal Street
                                        Boston, Massachusetts 02110
                                        (617) 330-5000

Of Counsel:

James P. Rouhandeh
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail on counsel of record for plaintiff this 9th day of July 2004.

_____
David B. Chaffin

354004.0708