UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
AETNA, INC.,                                )
                                            )
                    Plaintiff,              )   Civil Action No.
                                            )   04 CV 10958 (PBS)
                                            )
        v.                                  )
                                            )
PFIZER INC. and WARNER-LAMBERT COMPANY,     )
                                            )
                    Defendants.             )
---------------------------------------------------------------x

## NOTICE OF APPEARANCE ON BEHALF OF AETNA, INC., AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that pursuant to Local Rule 83.5.3(b), Richard W. Cohen of the law firm Lowey Dannenberg Bemporad & Selinger, P.C., hereby enters his appearance on behalf of Aetna, Inc., in the above-captioned matter.

Mr. Cohen is not a member of the bar of the United States District Court for the District of Massachusetts. He respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in the Local Rules. The accompanying certification of counsel demonstrates

1825 / NOT / 00070192.WPD v1

that Mr. Cohen is a member in good standing of other federal and state bars and is familiar with the Local Rules of this Court. The appropriate filing fees are submitted to the Clerk of the Court with this Notice and Motion.

Dated: November 22, 2004

Respectfully submitted,

Peter A. Pease (BBO # 392880)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: 617-542-8300
Facsimile: 617-542-1194

Richard W. Cohen
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
One North Lexington Avenue, 11th Flr
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
E-mail: rcohen@ldbs.com

*Attorneys for Aetna, Inc.*

1825 / NOT / 00070192.WPD v1