UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x
AETNA, INC.,                                    )
                                                )
                              Plaintiff,         )    Civil Action No.
                                                )    04 CV 10958  (PBS)
                                                )
              v.                                )
                                                )
PFIZER INC. and WARNER-LAMBERT COMPANY,         )
                                                )
                              Defendants.        )
-------------------------------------------------------------------x

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Richard W. Cohen, declare as follows:

1.    I am a shareholder and officer of the law firm Lowey Dannenberg

Bemporad & Selinger, P.C., which maintains its office at The Gateway - Eleventh Floor, One

North Lexington Avenue, White Plains, New York 10601.

2.    I am an attorney admitted to practice before the United States Courts of

Appeals for the Second, Third, and Sixth Circuits, the United States District Courts for the

Southern and Eastern Districts of New York, the Eastern District of Pennsylvania and the Eastern

District of Michigan, the Supreme Court of the State of New York and the Supreme Court of the

State of Pennsylvania.

3.    I am a member of the bar in good standing in each of these jurisdictions.

These are the only jurisdictions in which I have been admitted to practice.

4.    There are no disciplinary proceedings pending against me as a member of

the bar of any jurisdiction.

1825 / DECL / 00070195.WPD v1

5.    I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.


I declare under the penalty of perjury that the foregoing is true and correct.


Executed on November 22, 2004.

Richard W. Cohen
Lowey Dannenberg Bemporad & Selinger, P.C.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
E-mail: rcohen@ldbs.com