```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|                                      |                                |
|--------------------------------------|--------------------------------|
| **IN RE NEURONTIN MARKETING**<br>**AND SALES PRACTICES LITIGATION** |                                |
| **THIS DOCUMENT RELATES TO:**        | MASTER FILE NO. 04-cv-10981-PBS |
| THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA v.<br>PFIZER INC., 04-cv-10739-PBS |                                |
| AETNA, INC. v. PFIZER, INC.,<br>04-cv-10958-PBS |                                |

### JUDGMENT

February 9, 2011

Saris, U.S.D.J.

Pursuant to this Court's Memorandum and Order dated January 8, 2010 (Docket No. 2309), it is ORDERED and ADJUDGED that judgment is hereby entered against plaintiffs The Guardian Life Insurance Company of America ("The Guardian") and Aetna, Inc. ("Aetna") in favor of the defendants Pfizer Inc. and Warner-Lambert Company LLC.

As to the action brought by The Guardian, the parties shall each bear their own costs, pursuant to prior agreement of the parties.

The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named

plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).


      /s/ PATTI B. SARIS
PATTI B. SARIS
United States District Judge